"A complaint filed by the solicitor in the circuit court on appeal from a conviction in the county court in such case will not suffice to give the circuit court jurisdiction."

Under the governing Statute, the decisions of this court must conform to the decisions of the Supreme Court. We, therefore, hold that the initial affidavit and complaint in the county court was void; being void, no conviction upon said affidavit and complaint can be had in any court; and while this controlling point of decision has not been adverted to in briefs of respective counsel, it is the law that this court must take notice of the fact ex mero motu.

■ It affirmatively appears, from the record, that the offense complained of is now barred by the statute of limitations, rendering unnecessary the remandment of the case to the lower court. Hence an order is here entered dismissing this appeal, and discharging the defendant from further custody in this proceeding.

Appeal dismissed. Defendant discharged.

against appellant and one-half against appellee.

"Witness fees in the Court below are to be taxed against the State of Alabama."

In accordance with the said agreement the judgment or decree from which this appeal was taken is reversed. The information or complaint is dismissed, and a judgment here rendered to the effect; that one-half of the court costs in this court; and one-half of the court costs in the court below, exclusive of witness fees, is hereby taxed against appellant; and one-half of the costs in both courts is similarly taxed against appellee. Witness fees in the court below are to be taxed against the State of Alabama.

Reversed and rendered, with instructions.

16 So.2d 423
## CLOVERLEAF BUTTER COMPANY v. STATE of Alabama.
### 3 Div. 856.

Court of Appeals of Alabama.
Jan. 11, 1944.

Horace C. Wilkinson, of Birmingham, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for appellee.

BRICKEN, Presiding Judge.

In this appeal the following written agreement between the respective parties has been filed in this court on the 14th day of December 1943. To wit:

"This case by agreement may be reversed and rendered by dismissing the information or complaint, and by agreement one-half of the Court costs in this Court and one-half of the Court costs in the Court below, exclusive of witness fees, is taxed

16 So.2d 332
## PERSALL v. STATE.
### 6 Div. 53.

Court of Appeals of Alabama.
Jan. 11, 1944.

